IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff, | )<br>)<br>) |
| v. | )   Civil Action No. 03-69 |
| JEFFREY K. BAIR, ET AL.,<br>      Defendants. | )<br>)<br>) |

ORDER OF COURT

AND NOW this 9th day of March, 2007 before the court is the parties' joint motion to adjourn the mediation conference, scheduled for March 13, 2007, before United States Magistrate Judge Lisa Pupo Lenihan [document #68]. Within the instant motion, the movants indicate that the above captioned case has now been resolved as to all defendants, with the exception of defendant Jeffrey Bair. Furthermore, as grounds for moving to continue the mediation, the parties indicate that defendant Bair is currently in the process of a divorce, the resolution of which will impact both his financial situation as well as his ability to engage in meaningful settlement negotiations. Therefore, the parties seek an indefinite continuance to allow the defendant to conclude his divorce proceedings, after which the parties will advise the court of the viability of future mediation.

Therefore, in the interest of judicial economy, it appears to the court that no further action can be taken at this time. However, in lieu of granting the parties' motion, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc: The Honorable Lisa Pupo Lenihan,
    United States Magistrate Judge

    All Counsel of Record