IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 03-0069 |
| JEFFREY K. BAIR, et al., | ) |
| Defendants. | ) |

CONSENT JUDGMENT

Pursuant to the agreement of the parties, JUDGMENT is entered in favor of the United States and against James M. Davis in the amount of $274,292.56, plus statutory interest accruing according to law from February 1, 2007 and the parties will bear their respective costs, including any attorneys' fees or other expenses of this litigation.

It is so ORDERED, this 18 day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

2267852.1
2267852.2