IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 2:03-cv-00069 |
| Plaintiff, | ) | |
| | ) | Hon. Gary L. Lancaster |
| v. | ) | |
| | ) | |
| JEFFREY K. BAIR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff, the UNITED STATES OF AMERICA, and the defendant, JEFFREY K. BAIR, that:

1. The United States dismisses its complaint with prejudice against Jeffrey K. Bair pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. The parties will bear their respective costs, including any attorneys' fees or other expenses of this litigation.

//
//
//
//
//
//
//
//

4599303.1

DATE: January 19, 2010.

Submitted by:

| Counsel for the United States | Counsel for Jeffrey K. Bair |
|---|---|
| ROBERT S. CESSAR,<br>Acting United States Attorney | /s/ Cynthia Reed Eddy<br>CYNTHIA REED EDDY<br>Johnson & Eddy |
| /s/ Thomas J. Jaworski<br>THOMAS J. JAWORSKI<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 227<br>Washington, DC 20044<br>Telephone: (202) 307-6390<br>Facsimile: (202) 514-6866<br>Thomas.J.Jaworski@usdoj.gov | 1720 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |

PAUL SKIRTICH
Assistant United States Attorney
PA Bar No. 30440

SO ORDERED, this 19th day of January, 2010.

_____, J.
Hon. Gary L. Lancaster, Chief United States District Judge